| | | | |
|---|---|---|---|
| Com. v. Diodoro.... | 03/17/2016 | Denied | Pa.Super., 122 A.3d 1136 |
| | 728 MAL (2015) | | |
| Com. v. Disantis.... | 03/17/2016 | Denied | Pa.Super., 131 A.3d 102 |
| | 720 . MAL (2015) | | |
| Com. v. Dixon [18].... | 03/15/2016 | Denied | Pa.Super., 131 A.3d 101 |
| | 382 WAL (2015) | | |
| Com. v. Dunbar .... | 03/16/2016 | Denied | Pa.Super., 133 A.3d 64 |
| | 767 MAL (2015) | | |
| Com. v. Fernandez [19] ............ | 03/22/2016 | Denied | Pa.Super., 131 A.3d 100 |
| | 868 MAL (2015) | | |
| Com. v. Fluellen [20] .. | 03/08/2016 | Denied | Pa.Super., 131 A.3d 97 |
| | 668 EAL (2015) | | |
| Com. v. Francis [21] .. | 03/16/2016 | Denied | Pa.Super., 134 A.3d 99 |
| | 447 WAL (2015) | | |
| Com. v. Gerholt [22] .. | 03/17/2016 | Denied | Pa.Super., 133 A.3d 84 |
| | 435 WAL (2015) | | |
| Com. v. Houseweart [23]............ | 03/16/2016 | Denied | Pa.Super., 133 A.3d 77 |
| | 785 . MAL (2015) | | |
| Com. v. Hughes [24] .. | 03/08/2016 | Denied | Pa.Super., 133 A.3d 78 |
| | 427 WAL (2015) | | |

18. Justice EAKIN did not participate in the consideration or decision of this matter.

19. Justice WECHT did not participate in the consideration or decision of this matter.

20. Justice EAKIN did not participate in the decision of this matter.

21. Justice DONOHUE did not participate in the consideration or decision of this matter.

22. Justice WECHT did not participate in the consideration or decision of this matter.

23. Justice WECHT did not participate in the consideration or decision of this matter.

24. Justice EAKIN did not participate in the consideration or decision of this matter.